IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROY WAYNE AVERY, | ) |
| Plaintiff, | ) |
| vs. | ) CV 03-BE-2325-E |
| KENNETH PIERCE, et al., | ) |
| Defendants. | ) |

ENTERED
JUN 3 0 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 26, 2003, and a supplemental report and recommendation on April 29, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on June 17, 2004.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 30th day of June, 2004.

Sharon L Blackburn,
USDJ for Judge Karon Bowdre

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE

